■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARC S. MASCIANGELO, Appellant. [810 NYS2d 722]—Appeal from a judgment of the Monroe County Court (Elma A. Bellini, J.), rendered April 4, 2001. The judgment convicted defendant, upon his plea of guilty, of manslaughter in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Pigott, Jr., P.J., Scudder, Gorski, Martoche and Green, JJ.